**Motion Granted; Dismissed and Memorandum Opinion filed November 20, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00583-CV

### JACOB WHITE CONSTRUCTION COMPANY, Appellant

### V.

### LANDRY'S DEVELOPMENT, INC., Appellee

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2009-42220**

## MEMORANDUM OPINION

This is an appeal from a final judgment signed May 2, 2012. On November 12, 2012, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.